FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AYODEJI AROJO,<br><br>Plaintiff,<br><br>v.<br><br>BEN FRANKLIN TRANSIT, WILLIAM MCKAY, RICHARD BLOOM, CLINT DIDIER, and TERRY CHRISTENSEN<br><br>Defendants. | No. 4:24-CV-05020-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>**ECF No. 45** |

**BEFORE THE COURT** is the parties' stipulated motion for the dismissal of this case, with prejudice, and without costs or attorney's fees to any party. ECF No. 45. The Court has reviewed the record and file and is fully informed.

Pursuant to Fed. R. Civ. P. 41(a) and good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case, **ECF No. 45**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorney's fees and costs.

ORDER - 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to file this
2 Order, provide copies to counsel, and **CLOSE THE FILE**.
3     DATED May 14, 2025.



                      _____
                          ALEXANDER C. EKSTROM
                        UNITED STATES MAGISTRATE JUDGE

ORDER - 2